UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DANIEL LUGO,

       Plaintiff,

v.

                        Case No. 6:22-cv-1890-CEM-EJK

1915 BEACH CLUB, LLC,

       Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, DANIEL LUGO, by and through his undersigned counsel, hereby

informs the court as follows:

1.    The parties have reached a resolution of all issues in this action.

2.    The parties are in the process of satisfying the conditions necessary

for this matter to be dismissed.

Dated: November 15, 2022.      s/Lee D. Sarkin
                                DREW M. LEVITT
                                Florida Bar No: 782246
                                drewmlevitt@gmail.com
                                LEE D. SARKIN
                                Florida Bar No. 962848
                                LSarkin@aol.com
                                4700 N.W. Boca Raton Blvd
                                Ste. 302
                                Boca Raton, Florida 33431
                                Telephone (561) 994-6922
                                Attorneys for Plaintiff